UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAAD BAHODA, #215121,

    Petitioner,

                                Civil No: 05-CV-74228
                                Honorable Denise Page Hood
                                Magistrate Judge R. Steven Whalen

v.

ANDREW JACKSON,

    Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                S/Denise Page Hood
                                Denise Page Hood
                                United States District Judge

Dated: April 13, 2009

    I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2009, by electronic and/or ordinary mail.

                                S/William F. Lewis
                                Case Manager